IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, a Delaware corporation, | ) ) ) | 2:11-cv-02014-GEB-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) ) | <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |
| COURT SERVICES, INC., a Nevada corporation; DOES 1 through 10, | ) ) ) | |
| Defendant. | ) ) | |

On October 21, 2011, Plaintiff filed a "Request for Continuance of Status Conference." Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 14, 2011 is continued to December 12, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant. To avoid dismissal, on or before November 28, 2011 Plaintiff shall file proof of service for any unserved defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Dated: October 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1