IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | 2:11-cv-02014-GEB-EFB <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |
| Plaintiff, | | |
| v. | | |
| COURT SERVICES, INC., a Nevada corporation; DOES 1 through 10, | | |
| Defendant. | | |

The Status Report filed November 28, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on December 12, 2011 is continued to February 27, 2012 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Court Services, Inc. with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before December 16, 2011, Plaintiff shall file proof of service for the defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Dated:  December 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge