IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXUM INDEMNITY COMPANY, a )
Delaware corporation,       )    2:11-cv-02014-GEB-EFB
                            )
         Plaintiff,         )    <u>ORDER CONTINUING STATUS</u>
                            )    <u>(PRETRIAL SCHEDULING)</u>
    v.                      )    <u>CONFERENCE</u>
                            )
COURT SERVICES, INC., a Nevada )
corporation,                )
                            )
         Defendant.*        )
_____ )

Plaintiff states in its Status Report filed February 13, 2012:

> [I]t appears that Court Services will not be appearing in this action, and that Maxum's efforts to obtain a default judgment against Court Services should proceed.
>
> Accordingly, Maxum requests that the Status (Pretrial Scheduling) Conference be taken off calendar, pending the clerk's entry of default, and Maxum's filing an Application for Default Judgment by the Court, against Court Services and in Maxum's favor.

(ECF No. 16, 2:14-18.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than April 2, 2012, why this action should not be dismissed for failure of prosecution.

---

* The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

1  Further, the status conference scheduled for hearing on
2 February 27, 2012, is continued to commence at 9:00 a.m. on August 20,
3 2012. A status report shall be filed fourteen (14) days prior to the
4 status conference in which Plaintiff is required to explain the status
5 of the default proceedings.
6  Lastly, Does 1-10 are dismissed since Plaintiff has not
7 justified Doe defendants remaining in this action. See Order Setting
8 Status (Pretrial Scheduling) Conference filed August 8, 2011, at 2 n.2
9 (indicating that if justification for "Doe" defendant allegations not
10 provided Doe defendants would be dismissed).
11  IT IS SO ORDERED.
12 Dated:  February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge