IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXUM INDEMNITY COMPANY,

    Plaintiff,                                    No. 2:11-cv-2014-GEB-EFB

    vs.

COURT SERVICES, INC.,

    Defendant.                                 <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment came on regularly for hearing on May 16, 2012 before the assigned magistrate judge.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

        On June 8, 2012, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.   No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The Findings and Recommendations filed June 8, 2012, are adopted in full;

        2. Maxum's motion for default judgment, Dckt. No. 19, is granted; and

1

3. Maxum is awarded a declaration stating that it has no duty to defend or indemnify Court Services, Inc. in the Underlying Action entitled *Mays v. Board of County Commissioners*, Case No. 1:09-cv-00662-WJ-KBM (D.N.M.).

Dated:  July 31, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge